DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:      (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAGZTER, INC.,<br><br>                    Defendant. | Case No.<br><br>**COMPLAINT FOR**<br>**1. COPYRIGHT INFRINGEMENT**<br>**2. BREACH OF CONTRACT**<br>**3. BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Artifex Software, Inc. ("Artifex") for its Complaint against Defendant Magzter, Inc. ("Magzter") alleges and avers as follows:

## INTRODUCTION

1.   Artifex is the owner of MuPDF, a leading program used to interpret certain page description language files, such as Adobe Systems Incorporated's ("Adobe") Portable Document Format ("PDF") files.  MuPDF is a widely used PDF interpreter and far outperforms its competitors on reliability and performance benchmarks.  In addition to offering commercial licenses to MuPDF, Artifex has licensed and continues to license MuPDF to the public under conditional open source licenses—such as the GNU General Public License version 3.0 ("GNU GPL") and the GNU Affero General Public License ("GNU AGPL") (collectively, "the GPL open source licenses")—to further promote the advancement of interpreter technologies.

2.   Defendant Magzter has unlawfully, willfully, and for commercial advantage copied, used, and incorporated Artifex's copyrighted MuPDF software into at least 50 mobile applications without the consent of Artifex in violation of federal law and to Artifex's detriment. Almost 8 months after first being contacted by Artifex regarding Magzter's infringing use of MuPDF, a "Senior Teach Lead" from Magzter reached out to Artifex claiming that Magzter would "like to get the license for using MUPDF Library in [Magzter's] applications."  Yet Magzter has never entered into a commercial license from Artifex for Magzter's use and distribution of MuPDF.  Further, Magzter has abused Artifex's altruism by reaping the benefits of a MuPDF license under the GNU AGPL or, in the alternative, the GNU GPL without complying with the terms of those licenses.  Accordingly, Magzter's use and distribution of MuPDF in its software is and has been unlicensed and unauthorized.

3.   After discovering Magzter's infringement of Artifex's valuable copyright in MuPDF and abuse of the GPL open source licenses, Artifex demanded that Magzter cease its infringement and remit to Artifex appropriate compensation for Magzter's unlicensed use of MuPDF.  Ignored by Magzter, Artifex turns to this Court to enjoin Magzter from further infringement and to seek relief and recovery for Magzter's copyright infringement and abuse of Artifex's open source licenses.

**NATURE OF THE CASE**

4.   This action seeks to enjoin Magzter from unauthorized and unlawful use of Artifex's copyright in MuPDF and to hold Magzter accountable for injury inflicted by its copyright infringement and breach of the GNU AGPL or, in the alternative, the GNU GPL.

5.   Artifex seeks permanent injunctive relief and damages under the laws of the United States and the State of California.

**PARTIES**

6.   Plaintiff Artifex is a California corporation with its principal place of business at 1305 Grant Avenue, Suite 200, Novato, California 94945.

7.   Defendant Magzter is a Delaware corporation with its principal place of business at One Rockefeller Plaza, 11th Floor, New York, New York 10020.  On information and belief,

COMPLAINT

Magzter does business in California and has offered and distributed its infringing products incorporating MuPDF in California through the Internet, at least through California-based Google Inc.'s Google Play marketplace.

## JURISDICTION AND VENUE

8.   Artifex's claim for copyright infringement arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* Artifex also brings a related state law claim for breach of contract.

9.   This Court has original subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338, and 1367.

10. This Court has specific personal jurisdiction over Magzter as it, through (1) its offering and distribution of its infringing products containing MuPDF through the Internet to citizens of California and (2) conducting business with companies in California, such as Google Inc. and Artifex—including entering into the GNU AGPL or the GNU GPL with Artifex— purposefully committed within California the acts from which these claims arise and/or committed tortious acts outside California, knowing and intending that such acts would cause injury within the state to Artifex, a California corporation.  The Court also has general personal jurisdiction over Magzter as it conducts continuous, systematic, and routine business through the Internet within the state of California and within the jurisdiction of this Court, which makes Magzter essentially at home in California.

11. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(a).

## INTRADISTRICT ASSIGNMENT

12. This is an Intellectual Property Action and therefore assignment to any division of the Court is proper pursuant to Civil L.R. 3-2(c).  Artifex believes assignment to the San Francisco division is particularly appropriate given its proximity to the principal offices of Artifex as well as Artifex's counsel of record.

COMPLAINT

## GENERAL ALLEGATIONS

### Artifex and MuPDF

13. Artifex is a closely-held, private corporation that was formed in 1993 and is headquartered in Novato, California. Artifex develops and licenses software products that interpret files written in a page description language ("PDL").

14. A PDL is a computer language developed for describing the contents of a printed page. A widely used example of a PDL is the Portable Document Format ("PDF") developed by Adobe Systems Incorporated ("Adobe"). PDF files generally allow for a document created on one platform to be displayed and/or printed on another platform exactly as it had been on the first. This is true regardless of whether the document consists of graphics, text, or both. Moreover, PDF files will display text on the screen as it would be displayed on printed pages regardless of the font that the text was created in and regardless of whether the displaying computer (or printer) is loaded with such fonts. Fonts used in PDF files are embedded within the PDF file itself, eliminating the need for both computers to install the same fonts. PDF files, moreover, are generally created from the print stream generated by a program. A PDF creator will capture the information from the print stream and convert it into a PDF file. One drawback of PDF files is that, in general, they cannot be edited once the underlying document is encapsulated as a PDF file. These are called "static" PDF files.

15. MuPDF is a program developed by Artifex that can interpret PDF files.

16. MuPDF is a widely used PDF interpreter. Artifex has earned the confidence of its customers through the demonstrated reliability of its products and highly competitive results on performance benchmarks. These results have been accomplished only through extensive investment in research and development of the MuPDF software as well as the scrutiny of dozens of external beta testers and thousands of diverse users on the Internet. Artifex has expended substantial amounts of money on research and development in order to improve and update MuPDF.

17. Artifex's business is, in part, based on the revenues derived from Artifex's position as the exclusive commercial licensing agent of MuPDF. Artifex licenses MuPDF to the

public under different licensing schemes.  For those seeking to commercially distribute MuPDF or any product that incorporates MuPDF, Artifex will grant, for a fee, a license to use, modify, copy, and/or distribute MuPDF.

18. For non-commercial users willing to comply with certain open-source licensing requirements, Artifex currently provides licenses for MuPDF under the GNU AGPL.  A true and correct copy of the GNU AGPL is attached hereto as **Exhibit 1**.  Before February 2013, and at least since June 2010, Artifex provided licenses for MuPDF under the GNU GPL.  A true and correct copy of the GNU GPL is attached hereto as **Exhibit 2**.

19. Artifex does not charge a fee for licenses granted under the GPL open source licenses, which were created to promote the open-source development of software products.  Towards that end, the GPL open source licenses grant the end user the right to copy, modify, or distribute complying copies of MuPDF.

## **Magzter and Its Infringing Software**

20. Magzter is a private Delaware corporation headquartered in New York that describes itself as "the world's largest and fastest growing cross platform global digital magazine newsstand."  Magzter also claims that "over 4,000 leading publishers" have uploaded their content on Magzter including "a staggering 13,000+ magazines to choose from."

21. On information and belief, at least as early as 2015, Magzter downloaded and used a version of Artifex's MuPDF software then-licensed to non-commercial users under the GNU AGPL.  In the alternative, and dependent on the exact date(s) Magzter downloaded the version(s) of MuPDF that Magzter used, Magzter used a version of MuPDF licensed to non-commercial users under the GNU GPL.

22. Magzter subsequently incorporated Artifex's MuPDF software into at least 50 of its mobile applications (collectively, the "Infringing Magzter Apps").  Artifex is informed and believes, and based thereon alleges, that Magzter's infringing use of MuPDF is more widespread and may encompass as many as 2,700 mobile applications or more developed by Magzter beyond the 50 Infringing Magzter Apps that Artifex has so far identified.

23. Magzter's infringing use of MuPDF in its mobile applications including, but not

COMPLAINT

limited to, the 50 Infringing Magzter Apps is ongoing—Magzter has and continues to distribute versions of the Infringing Magzter Apps containing MuPDF to its customers via the Google Play marketplace.  As of the date of this Complaint, at least two Infringing Magzter Apps are available for download on the Google Play Store.  The two infringing Apps still available for download are "Bonsai Focus" and "India Today Group Magazines."

24. According to the App listings on the Google Play Store, "Bonsai Focus" was last updated on August 19, 2016, and "India Today Group Magazines" was last updated on April 26, 2017.

25. Artifex initially tried to contact Magzter regarding its unauthorized use of MuPDF on or around September 11, 2017.  Artifex contacted Magzter using the email addresses for both of Magzter's founders as well as the listed developer on the Infringing Magzter Apps' Google Play web page.  Apart from an automated reply that Artifex's request was "being reviewed," Artifex received no response.

26. Artifex is informed and believes, and based thereon alleges, that after Artifex first contacted Magzter, Magzter attempted to replace MuPDF in some, but not all, of the Infringing Magzter Apps.

27. In June 2018, a "Senior Tech Lead" at Magzter contacted Artifex claiming that Magzter wanted "to get the license for using MUPDF Library in [Magzter's] applications."

28. Artifex continued its attempts to contact Magzter throughout 2019 to address Magzter's infringing use of MuPDF, but to date, despite retaining counsel and purporting to "investigate" Artifex's claims, Artifex has received no further response regarding Magzter's infringing use of MuPDF.

29. Because Magzter used and distributed MuPDF without a commercial license with Artifex, Magzter has consented to the terms of the GNU AGPL or, in the alternative, the GNU GPL, and is a party to that agreement with Artifex.[1]  The GNU AGPL and the GNU GPL provide at Section 9:

---

[1] For purposes of this complaint, Artifex alleges alternative breaches of sections of the GNU AGPL and the GNU GPL that are identical both in their language and numbering.

COMPLAINT

You are not required to accept this License in order to receive or run a copy of the Program. Ancillary propagation of a covered work occurring solely as a consequence of using peer-to-peer transmission to receive a copy likewise does not require acceptance. However, nothing other than this License grants you permission to propagate or modify any covered work. These actions infringe copyright if you do not accept this License. Therefore, by modifying or propagating a covered work, you indicate your acceptance of this License to do so.

30. Magzter's use of MuPDF, however, did not comply with the conditions imposed by the GNU AGPL or the GNU GPL.

31. On information and belief, Magzter integrates MuPDF into the Infringing Magzter Apps in a way that an end user interfaces with only the Infringing Magzter Apps without any option for opting out of use of MuPDF or the obligations concerning MuPDF under the GNU AGPL or the GNU GPL.  The end user is never separately notified that MuPDF is part of the Infringing Magzter Apps.  Magzter's use and incorporation of MuPDF is seamless and entirely invisible to the end user.

32. Because the Infringing Magzter Apps incorporate MuPDF in this way, Magzter is required to distribute its software with the accompanying source code.  The GNU AGPL and the GNU GPL provide at Section 6:

You may convey a covered work in object code form under the terms of sections 4 and 5, provided that you also convey the machine-readable Corresponding Source under the terms of this License, in one of these ways:

a) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by the Corresponding Source fixed on a durable physical medium customarily used for software interchange.

b) Convey the object code in, or embodied in, a physical product (including a physical distribution medium), accompanied by a written offer, valid for at least three years and valid for as long as you offer spare parts or customer support for that product model, to give anyone who possesses the object code either (1) a copy of the Corresponding Source for all the software in the product that is covered by this License, on a durable physical medium customarily used for software interchange, for a price no more than your reasonable cost of physically performing this conveying of source, or (2) access to copy the Corresponding Source from a network server at no charge.

. . .

COMPLAINT

d) Convey the object code by offering access from a designated place (gratis or for a charge), and offer equivalent access to the Corresponding Source in the same way through the same place at no further charge. You need not require recipients to copy the Corresponding Source along with the object code. If the place to copy the object code is a network server, the Corresponding Source may be on a different server (operated by you or a third party) that supports equivalent copying facilities, provided you maintain clear directions next to the object code saying where to find the Corresponding Source. Regardless of what server hosts the Corresponding Source, you remain obligated to ensure that it is available for as long as needed to satisfy these requirements.

e) Convey the object code using peer-to-peer transmission, provided you inform other peers where the object code and Corresponding Source of the work are being offered to the general public at no charge under subsection 6d.

33. On information and belief, Magzter never distributed and has never distributed any of the Infringing Magzter Apps with the accompanying source code or source code offer while the software incorporated MuPDF. Magzter thus failed to comply with and breached its license to use and distribute MuPDF under the GNU AGPL or the GNU GPL.

34. Artifex has expended and will expend a significant amount of its own resources to enforce Magzter's contractual obligations under the GNU AGPL or the GNU GPL, including the costs incurred in filing this Complaint and the future costs associated with litigating Artifex's claims. Magzter, furthermore, has been unjustly enriched at the expense of Artifex by avoiding the payment of any license fees and distributing the Infringing Magzter Apps, which contain MuPDF in breach of the GNU AGPL or the GNU GPL.

35. The GNU AGPL and the GNU GPL expressly state that any use of a product licensed thereunder or a work containing or derived from that product that does not comply with their respective requirements immediately terminates the licensee's right to use that product. The GNU AGPL and the GNU GPL provide at Section 8:

You may not propagate or modify a covered work except as expressly provided under this License. Any attempt otherwise to propagate or modify it is void, and will automatically terminate your rights under this License (including any patent licenses granted under the third paragraph of section 11).

36. Magzter's failure to distribute source code along with the Infringing Magzter Apps constitutes breach of the requirements set forth in the GNU AGPL and the GNU GPL, as identified above.  Magzter's right to copy or distribute MuPDF terminated upon these acts.

**Artifex's Copyright in MuPDF**

37. MuPDF contains a substantial amount of original material that is copyrightable pursuant to 17 U.S.C. §102.  Artifex has complied in all respects with the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* and all other laws governing copyright, and has obtained from the Registrar of Copyrights Certificate of Registration No. TX 6-989-229 for MuPDF version 20070105.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 3**.  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-463-904 for MuPDF version 20120906.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 4**.  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-473-187 for MuPDF version 0.5.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 5**.  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-823-703 for MuPDF version 20100302.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 6**.  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-842-692 for MuPDF version 20140519.1.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 7.**  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-842-787 for MuPDF version 20140519.2.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 8.**  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-842-809 for MuPDF version 20140519.3.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 9.**  Artifex has obtained from the Registrar of Copyrights Certificate of Registration No. TX 8-843-727 for MuPDF version 1.9.  A true and correct copy of this Certificate of Registration is attached hereto as **Exhibit 10.**

38. Artifex has placed copyright notices on all copies of MuPDF version 20070105, version 20120906, version 0.5, version 20100302, version 20140519.1, version 20140519.2,

COMPLAINT

version 20140519.3, and version 1.9 that it has produced and licensed.  Any copies of the programs published by Artifex or under Artifex's authority or license have been published in strict conformity with the provisions of the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*., and all other laws governing copyright.

39. As set forth above, Magzter never entered into a commercial license agreement with Artifex for its use of MuPDF, and it failed to comply with the terms of the GNU AGPL and the GNU GPL such that Magzter used and distributed MuPDF without authorization under the GNU AGPL or the GNU GPL, or any other agreement.  Magzter, therefore, copied and distributed MuPDF without the authorization of Artifex.  Such activity constitutes infringement of Artifex's copyright in MuPDF as well as a substantial, irreparable harm upon Artifex.

## FIRST CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT

### (17 U.S.C. § 101 *et seq*.)

40. Artifex realleges and incorporates by reference each and every allegation set forth in paragraphs 1-39, inclusive.

41. Before initiating this action, Artifex registered version 20070105 of MuPDF with the United States Copyright Office on October 27, 2009, under Registration No. TX 6-989-229.

42. Before initiating this action, Artifex registered version 20120906 of MuPDF with the United States Copyright Office on January 22, 2018, under Registration No. TX 8-463-904.

43. Before initiating this action, Artifex registered version 0.5 of MuPDF with the United States Copyright Office on February 1, 2018, under Registration No. TX 8-473-187.

44. Before initiating this action, Artifex registered version 20100302 of MuPDF with the United States Copyright Office on January 10, 2020, under Registration No. TX 8-823-703.

45. Before initiating this action, Artifex registered version 20140519.1 of MuPDF with the United States Copyright Office on February 21, 2020, under Registration No. TX 8-842-692.

46. Before initiating this action, Artifex registered version 20140519.2 of MuPDF with the United States Copyright Office on February 21, 2020, under Registration No. TX 8-842-787.

47. Before initiating this action, Artifex registered version 20140519.3 of MuPDF with the United States Copyright Office on February 21, 2020, under Registration No. TX 8-842-809.

48. Before initiating this action, Artifex registered version 1.9 of MuPDF with the United States Copyright Office on February 21, 2020, under Registration No. TX 8-843-727.

49. Through the actions complained of herein, Magzter has infringed and will continue to infringe Artifex's copyright in and relating to any version of MuPDF that Magzter used, including version 20070105, version 20120906, version 0.5, version 20100302, version 20140519.1, version 20140519.2, version 20140519.3, version 1.9 or derivative works thereof, by producing, distributing, and placing upon the market the Infringing Magzter Apps, or portions thereof which were copied from Artifex's copyrighted software.

50. During all relevant time periods, Magzter has lacked any valid license to shield its infringing conduct.

51. Artifex is entitled to an injunction restraining Magzter, its officers, agents, employees, assigns and all persons acting in concert with them from engaging in further such acts of reproduction or distribution in violation of federal copyright law.

52. Artifex is entitled to recover from Magzter the damages Artifex has sustained and will sustain as a result of Magzter's wrongful acts as alleged herein.  Artifex is further entitled to recover from Magzter the gains, profits, and advantages Magzter has obtained as a result of its wrongful acts.  The full extent of Artifex's damages and the gains, profits, and advantages Magzter has obtained by reason of its aforesaid acts of copyright infringement cannot be determined at this time, but will be proven at trial.

## SECOND CLAIM FOR RELIEF

## BREACH OF CONTRACT

## (GNU Affero General Public License)

COMPLAINT

53. Artifex realleges and incorporates by reference each and every allegation set forth in paragraphs 1-52, inclusive.

54. Artifex has performed each of the conditions, covenants, and obligations imposed on it by the terms of the GNU AGPL with Magzter.

55. Artifex granted Magzter a license to copy and distribute MuPDF under the GNU AGPL. By Magzter's actions as set forth hereinabove, on information and belief, Magzter has substantially and materially breached the GNU AGPL at least by failing to provide the source code of the Infringing Magzter Apps to each licensee or a written offer to provide a copy of the source code upon the request of each licensee.

56. As a direct and proximate result of these material breaches by Magzter, Artifex is entitled to an injunction requiring Magzter to distribute to each licensee of the Infringing Magzter Apps the complete corresponding source code for those products.

57. Artifex is further entitled to recover from Magzter the damages Artifex has sustained, including consequential damages, for Artifex's costs in enforcing the GNU AGPL. The amounts cannot be determined at this time. Artifex is also entitled to recover as restitution from Magzter any unjust enrichment, including any gains, profits, and advantages that Magzter has obtained as a result of its breach of the GNU AGPL. The amount of such unjust enrichment cannot be determined at this time.

**THIRD CLAIM FOR RELIEF**
**(In the alternative to the Second Claim for Relief)**

**BREACH OF CONTRACT**

**(GNU General Public License)**

58. Artifex realleges and incorporates by reference each and every allegation set forth in paragraphs 1-57, inclusive.

59. In the alternative, Artifex has performed each of the conditions, covenants, and obligations imposed on it by the terms of the GNU GPL with Magzter.

60. In the alternative, Artifex granted Magzter a license to copy and distribute MuPDF under the GNU GPL. By Magzter's actions as set forth hereinabove, on information and belief,

COMPLAINT

Magzter has substantially and materially breached the GNU GPL at least by failing to provide the source code of the Infringing Magzter Apps to each licensee or a written offer to provide a copy of the source code upon the request of each licensee.

61. In the alternative, as a direct and proximate result of these material breaches by Magzter, Artifex is entitled to an injunction requiring Magzter to distribute to each licensee of the Infringing Magzter Apps the complete corresponding source code for those products.

62. In the alternative, Artifex is further entitled to recover from Magzter the damages Artifex has sustained, including consequential damages, for Artifex's costs in enforcing the GNU GPL. The amounts cannot be determined at this time. Artifex is also entitled to recover as restitution from Magzter any unjust enrichment, including any gains, profits, and advantages that Magzter has obtained as a result of its breach of the GNU GPL. The amount of such unjust enrichment cannot be determined at this time.

**PRAYER FOR RELIEF**

Artifex prays for judgment against Magzter as follows:

1. For permanent injunctive relief, including an order restraining and enjoining Magzter from further infringement of Artifex's copyright, specifically:

   a. that Magzter, as well as any successor entities, its directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, and each of them, be enjoined from continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any version of MuPDF and any works derived or copied from any such version of MuPDF or to participate or assist in any such activity;

   b. that Magzter, as well as any successor entities, its directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Artifex's copyright in MuPDF;

    c.  that Magzter, as well as any successor entities, its directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, be enjoined to return to Artifex any originals, copies, facsimiles, or duplicates of any version of MuPDF or any works derived or copied from MuPDF in their possession, custody, or control that are shown by the evidence to infringe any Artifex copyright;

    d.  that Magzter be enjoined to recall from all distributors, wholesalers, dealers, retailers, non-Artifex-licensed customers and distributors, and all others known to Magzter any originals, copies, facsimiles, or duplicates of any works shown by the evidence to infringe any Artifex copyright;

    e.  that Magzter be enjoined to deliver upon oath, to be impounded during the pendency of this action, and for destruction pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of any version of MuPDF or any works derived or copied from any such version of MuPDF in its possession, custody, or control that are shown by the evidence to infringe any Artifex copyright;

    f.  that Magzter distribute to each licensee of the Infringing Magzter Apps the complete corresponding source code for the products in accordance with the GNU AGPL or the GNU GPL;

2. For compensatory damages against Magzter, including any consequential damages, in an amount to be determined at trial;

3. For statutory damages against Magzter in an amount to be determined at trial;

4. For an accounting of all gains, profits, and advantages derived by Magzter from its infringement and for its other violations of law;

5. For all profits and advantages derived by Magzter from its infringement and for its other violations of law to be deemed to be in constructive trust for the benefit of Artifex;

- 14 -

COMPLAINT

6. For restitution, unjust enrichment, and compensatory damages according to proof at trial;

7. For attorneys' fees and costs of suit incurred herein; and

8. That the Court grant such other, further, and different relief as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Artifex demands a jury trial on all issues so triable.

Dated:  March 17, 2020

DARIN W. SNYDER
ASHISH SUDHAKARAN
O'MELVENY & MYERS LLP


By:    */s/ Darin W. Snyder*
                    Darin W. Snyder

Attorneys for Plaintiff
Artifex Software, Inc.

COMPLAINT