DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAGZTER, INC.,<br><br>　　　　　　　Defendant. | Case No. 5:20-cv-01885-VKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

# STIPULATION

Plaintiff Artifex Software, Inc. ("Artifex") and defendant Magzter, Inc. ("Magzter"), through their respective counsel of record, and subject to the approval of the court, hereby agree and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Artifex hereby dismisses with prejudice all claims against Magzter in the above-captioned case. Each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

Dated: May 5, 2021

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
    Darin W. Snyder

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

Dated: May 5, 2021

ADAM R. STEINERT
FREDRIKSON & BYRON, P.A.

By: */s/ Adam R. Steinert*
    Adam R. Steinert

Attorneys for Defendant
MAGZTER, INC.

.

**ATTESTATION**

Pursuant to L.R. 5-1(i) regarding signatures, I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: May 5, 2021                    O'MELVENY & MYERS LLP


By:   */s/ Darin W. Snyder*
         Darin W. Snyder

1 **[PROPOSED] ORDER**

2     IT IS ORDERED that the forgoing Stipulation of Dismissal with Prejudice is approved.

3 Dated: May 6, 2021

                                    */s/ Virginia K. DeMarchi*
                              Honorable Virginia K. DeMarchi
                              United States Magistrate Judge
                              Northern District of California

- 3 -

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 20-CV-01885-VKD